UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FRANCIS ALLEN, pro se,                  :
                                        :
             Plaintiff,              :      **ORDER**
                                        :
             -against-              :      03-CV-2763 (DLI)(LB)
                                        :
R.Y. MANAGEMENT CO., INC.,              :
                                        :
             Defendant.              :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      It appearing that no objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J., dated October 12, 2005; and

      Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that this action is dismissed; and it is further

      ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties. The Clerk of the Court is further directed to close this case.


DATED:     Brooklyn, New York
               November 10, 2005


                                       _____/s/_____
                                             DORA L. IRIZARRY
                                          United States District Judge