UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCIS ALLEN, pro se,   JUDGMENT
                         03-CV- 2763 (DLI)
                Plaintiff,

  -against-

R.Y. MANAGEMENT CO., INC.,

                Defendant.
-----------------------------------------------------------------X

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on November 10, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated October 12, 2005, dismissing the action; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the case is dismissed.

Dated: Brooklyn, New York
       November 16, 2005

                                   ROBERT C. HEINEMANN
                                   Clerk of Court